STATE of Missouri, Respondent,

v.

Terry WILSON, Appellant.

No. WD 34477.

Missouri Court of Appeals,
Western District.

June 5, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 28, 1984.

Application to Transfer Denied
Oct. 9, 1984.

Roy W. Brown—Bruce B. Brown, Kansas City, for appellant.

Richard L. Parker, Pros. Atty., Harrison County, Bethany, for respondent.

Before PRITCHARD, P.J., TURNAGE, C.J., and SHANGLER, J.

### ORDER

PER CURIAM:

Appeal from a conviction for operation of motor vehicle while in an intoxicated condition in violation of § 577.010, RSMo 1978, and the sentence of jail for sixty days and $350 fine.

Affirmed.   Rule 30.25(b).

Carlos GREEN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD34849.

Missouri Court of Appeals,
Western District.

June 26, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 28, 1984.

Application to Transfer Denied
Oct. 9, 1984.

Michael W. Walker, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Frank A. Rubin, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

PER CURIAM:

Appeal from the denial of a Rule 27.26 motion to vacate judgment and sentence.

Affirmed.   Rule 84.16(b).